FILED
United States Court of Appeals
Tenth Circuit

January 17, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

JULIUS SAHON TOBO,

    Petitioner,

v.

MERRICK B. GARLAND, United States Attorney General,

    Respondent.

No. 23-9500
(Petition for Review)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, and **TYMKOVICH**, Circuit Judge.
_____

Petitioner Julius Sahon Tobo, a native and citizen of Nigeria, seeks a stay of removal pending the court's decision on his petition for review. The government filed a response in opposition.

In deciding whether to grant a stay of removal pending appeal, we consider the traditional stay factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted). "A stay is not a matter of right, . . . [but] is instead an exercise of judicial discretion, and the propriety of its issue is

dependent upon the circumstances of the particular case." *Id.* at 433 (internal quotation marks and brackets omitted). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [the court's] discretion." *Id.* at 433–34.

We have considered Petitioner's motion in light of these standards. Petitioner has failed to demonstrate his entitlement to a stay of removal. We therefore deny the motion.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk